THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EMANUEL DUDLEY III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMBER CLAVELLE,<br><br>　　　　　Defendant. | CASE NO. C22-5627-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the R&R (Dkt. No. 6);

(2)　Plaintiff's motion to proceed with this action *in forma pauperis* (Dkt. No. 1) is DENIED;

(3)　Plaintiff is DIRECTED to pay the $402.00 filing fee within **twenty one (21)** days of this order. Failure to timely pay the filing fee will result in termination of this action;

(4)　If Plaintiff appeals, Plaintiff will not continue *in forma pauperis* on appeal;

(5)　The Clerk is DIRECTED to send a copy of this order to Plaintiff and to Magistrate Judge Fricke.

//

//

ORDER
C22-5627-JCC
PAGE - 1

1   DATED this 14th day of October 2022.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE